UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FREDERICK PIÑA,

                Plaintiff,

    -against-

BANK OF AMERICA,

                Defendant.

24-cv-8894 (LLS)

CIVIL JUDGMENT

---

    For the reasons stated in the July 1, 2025, order, this action is DISMISSED for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

SO ORDERED.

Dated:   July 8, 2025
            New York, New York

                                      /s/ Louis L. Stanton
                                          Louis L. Stanton
                                    United States District Judge